UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.   No. _____

AN EASEMENT AND RIGHT-OF-WAY
OVER 7.58 ACRES OF LAND, MORE OR
LESS, AND ADDITIONAL RIGHTS WITH
RESPECT TO AN EXISTING EASEMENT
AND RIGHT-OF-WAY OVER LAND IN
SULLIVAN COUNTY, TENNESSEE,
WILLIAM CHADWICK BAKER,
PAIGE BAKER, his wife,
FARM CREDIT MID-AMERICA, FLCA f/k/a
   FARM CREDIT SERVICES OF MID-AMERICA,
   FLCA, a federal land bank association and
   subsidiary of FARM CREDIT MID-AMERICA,
   ACA,
T. MIKE ESTES, trustee,
B. TIMOTHY WILLIAMS, trustee,
Defendants.

## COMPLAINT

1. This is an action of a civil nature brought by the United States of America upon the relation and for the use of the Tennessee Valley Authority for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq.

3. The public use for which the property is taken is the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

4. The property interest to be acquired is a permanent easement and right-of-way and additional rights with respect to those under an existing easement and right-of-way.

5. The condemned property rights and the land affected thereby are described in Attachment 1 hereto attached and made a part hereof.

6. The persons known to the Plaintiff to have or may claim an interest in said property are as follows:

    a. William Chadwick Baker and Paige Baker, his wife, own said property in fee simple as tenants by the entirety by virtue of a deed recorded in Deed Book 628, page 567, in the office of the Register of Sullivan County, Tennessee.

    b. Farm Credit Mid-America, FLCA, formerly known as Farm Credit Services of Mid-America, FLCA, a federal land bank association and subsidiary of Farm Credit Mid-America, ACA, is the current holder of liens on said property in the amount of $1,509,348, recorded in Book 716, page 141, in said Register's office (the "FCS deed of trust") and in the amount of $306,000, recorded in Book 3265, page 346, in said Register's office (the "Farm Credit deed of trust.").

    c. T. Mike Estes is designated trustee in the FCS deed of trust.

    d. B. Timothy Williams is designated trustee in the Farm Credit deed of trust.

    e. Plaintiff owns a permanent easement and right-of-way by virtue of a grant of transmission line easement by instrument dated March 7, 1969, and recorded in Deed Book 130, page 147, in said Register's office (TVA Tract No. SUB-57).

    f. County taxes for 2024 are a lien on said property.

7. A Declaration of Taking is being filed contemporaneously herewith.

WHEREFORE, the Plaintiff demands that:

(1) An Order be issued putting the Tennessee Valley Authority as agent of the United States of America into immediate possession of the property condemned.

(2) Just compensation for the property taken be ascertained in accordance with Rule 71.1(h) of the Federal Rules of Civil Procedure.

(3) A Judgment be entered confirming the vesting of title to the interests sought to be condemned in the United States of America by virtue of the Declaration of Taking filed herewith.

(4) The Plaintiff have such other relief as may be lawful and proper.

Respectfully submitted,

*s/James S. Chase*
James S. Chase (TN BAR 020578)
Assistant General Counsel
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.4239
jschase@tva.gov

Attorney for Plaintiff

127002104