UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY,<br><br>      Plaintiff,<br><br>      v.<br><br>AN EASEMENT AND RIGHT-OF-WAY OVER 7.58 ACRES OF LAND, MORE OR LESS, AND ADDITIONAL RIGHTS WITH RESPECT TO AN EXISTING EASEMENT AND RIGHT-OF-WAY OVER LAND IN SULLIVAN COUNTY, TENNESSEE, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:24-CV-00176-DCLC-CRW |

**ORDER DIRECTING DEPOSIT OF FUNDS**

It is hereby **ORDERED** that the Clerk of this Court shall accept a check for $47,800 to be deposited pursuant to the Declaration of Taking filed in this action, and any future funds to be deposited in this action, in accordance with Local Rule 67(a)(1).

It is further **ORDERED** that counsel presenting this order serve a copy thereof on the Clerk of this Court or his Chief Deputy. Absent the aforesaid service, the Clerk is hereby relieved of personal liability relative to compliance with this order.

It is further **ORDERED** that all funds received shall be deposited in the Court Registry Investment System (CRIS) administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

It is further **ORDERED** that counsel designate the name and address of the individual, or individuals, who are to receive the monies in the order of disbursement of funds. Social

Security numbers shall not be included in documents to be filed but shall be provided to the Clerk's Office upon request. Corporations, associations, and all others will supply the employer identification number with the correct title and address upon request of the Clerk's office.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge